TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00052-CR

Brian Heath Battles, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT

NO. CR4606, HONORABLE CHARLES J. HEARN, JUDGE PRESIDING

PER CURIAM

Appellant pleaded guilty to an indictment accusing him of delivering less than four ounces
of marihuana. The district court found that the evidence substantiated appellant's guilt and, pursuant to a
plea bargain, deferred further proceedings and placed appellant on community supervision. Later, on the
State's motion, the court revoked supervision, adjudicated appellant guilty, and sentenced him to
imprisonment for ten years.

Appellant represents himself on appeal. No reporter's record was requested. See Tex.
R. App. P. 37.3(c)(1). Appellant did not file a brief or respond to this Court's notices. See Tex. R. App.
P. 38.8(b)(4). We have examined the record before us and find no fundamental error that should be
considered in the interest of justice.

The judgment of conviction is affirmed.

Before Chief Justice Carroll, Justices Jones and Kidd

Affirmed

Filed: January 15, 1998

Do Not Publish